91C01-2401-CT-000005
White Circuit Court

Filed: 1/29/2024 2:19 P
Cle
White County, India

| STATE OF INDIANA | ) | WHITE CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF WHITE | ) | CAUSE NO.: |

JACQUELINE TANNER )
)
Plaintiff, )
)
v. )
)
INDIANA BEACH HOLDINGS LLC )
)
Defendant )

## COMPLAINT AND JURY DEMAND

Plaintiff, Jacqueline Tanner by counsel states as follows for her Complaint:

1. At all relevant times, Plaintiff Jacqueline Tanner resided and was domiciled in Montgomery County, Indiana.

2. At all relevant times, Defendant, Indiana Beach Holdings LLC was an Indiana Domestic Limited Liability Company with a principal office located at 5224 E. Indiana Beach Rd., Suite 100, Indiana Beach, IN 47960 that owned, controlled, operated, and maintained an amusement park/resort located at 5224 E. Indiana Beach Road, Monticello, IN 47960, through its owners, managers, employees, agents, and assigns.

3. This lawsuit alleges a tort injury that occurred in White County, Indiana, making this Court a proper venue to hear this action.

4. On or about June 29, 2023, Plaintiff was a business invitee at Defendant's amusement park/resort located at 5224 E. Indiana Beach Road, Monticello, IN 47960 when Plaintiff slipped and fell on a boardwalk/sidewalk due to water that, along with the

condition and surface of the walkway, had created an unreasonably dangerous condition.

5. Defendant knew or should have known of walkway safety hazard posed to its guests by the boardwalk/sidewalk but negligently and carelessly failed to take reasonable action to warn about or remedy the hazardous condition.

6. As a direct and proximate result of the negligence of Defendant, Ms. Tanner suffered serious bodily injury.

7. As a direct and proximate result of his bodily injury, Plaintiff incurred or expects to incur the following: past and future medical bills and related expenses, and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment in her favor against Defendant Indiana Beach Holdings LLC and compensatory damages as shown by evidence for the following: past and future medical bills and related expenses, and past and future pain and suffering, both physical and mental.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

Respectfully Submitted,

*s/ Brandon W. Smith*
Brandon W. Smith, #28165-22
Morgan & Morgan
117 E. Washington St. Ste. 201
Indianapolis, IN 46204
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## JURY DEMAND

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*